UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAOWEI MAO and YAN HUANG,

Plaintiffs,

v.

GPS CAPITAL MANAGEMENT, LLC and DANIEL WU & "JANE DOE" WU, husband and wife, and the marital community property composed thereof,

Defendants.

Case No. C09-513MAT

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against PLAINTIFFS and on behalf of DEFENDANTS in the amount of $4,428.43. Costs incurred during arbitration are taxable in this case.

Dated this ___22nd___ day of JANUARY, 2010 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1